**98–1586.   State v. Murphy.**

Franklin C.P. No. 97CR052877.   This cause is pending before the court as an appeal from the Court of Common Pleas of Franklin County.   Upon consideration of appellant's motions to supplement the record and to stay the briefing schedule,

IT IS ORDERED by the court that the motions to supplement the record and to stay the briefing schedule be, and hereby are, denied.

RESNICK, J., would order the video to be transcribed and deny the continuance.

PFEIFER, J., would grant the motion to supplement the record and deny the continuance.

**99–93.   State v. Hanna.**

Warren C.P. No. 98CR17677.   This cause is pending before the court as an appeal from the Court of Common Pleas of Warren County.   Upon consideration of appellant's motion for stay of execution,

IT IS ORDERED by the court that appellant's motion for stay of execution be, and hereby is, granted, pending disposition of this appeal.

## MISCELLANEOUS DISMISSALS

**98–2275.   Toledo Pub. Schools v. Lucas Cty. Bd. of Revision.**

Board of Tax Appeals, No. 96–A–1563.   This cause is pending before the court as an appeal from the Board of Tax Appeals.   Pursuant to this court's March 26, 1998 order establishing a pilot mediation program, a mediation conference was scheduled in this case.   In the course of mediation, the parties stipulated to values in settlement of this appeal and filed a joint motion requesting remand of this matter to the Board of Tax Appeals for entry of an order reflecting the stipulated settlement of this matter.   Upon consideration thereof,

IT IS ORDERED by the court that the motion for remand be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that this case be, and hereby is, dismissed.

**99–7.   Reiter v. Reiter.**

Hancock App. No. 5–98–32.   This cause is pending before the court as a discretionary appeal and claimed appeal of right.   Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, January 27, 1999*

## MOTION DOCKET

**98–403.   Sheet Metal Workers' Internatl. Assn. Local Union No. 33 v. Mohawk Mechanical, Inc.**

Knox App. No. 97CA13.   This cause is pending before the court as an appeal from the Court of Appeals for Knox County.   Upon consideration of the motion of *amicus curiae*, ABC, Inc., for leave to participate in oral argument currently scheduled for January 27, 1999,

IT IS ORDERED by the court that the motion of *amicus curiae*, ABC, Inc., for leave to participate in oral argument be, and hereby is, granted, and *amicus curiae* shall share the time allotted to appellees.

## MISCELLANEOUS DOCKET

**98–2266.  · In re Judicial Campaign Complaint Against Elizabeth Burick.**

Statement of Costs and Instructions Regarding Payment of Monetary Sanctions.